```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LUC BURBON                                                  :
                            Plaintiff,                      :
                                                            :           18 Civ. 8881 (LGS)
        -against-                                           :
                                                            :                 ORDER
                                                            :
112 JEROME DREYFUSS, LLC                                    :
                            Defendant,                      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/09/2019

LORNA G. SCHOFIELD, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Should the parties wish the Court to so order their stipulation of dismiss, the parties shall file the stipulation by **May 7, 2019**.

Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: April 9, 2019
        New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE