**Law Offices of Mitchell I. Weingarden, pllc**
**By: Mitchell I. Weingarden (mw0294)**
**Attorneys for 112 Jerome Dreyfuss, LLC**
**81 Main Street, Suite 307**
**White Plains, New York 10601**
**Phone (914) 686-4456**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
LUC BURBON, on behalf of herself and all others Similarly situated,

                Plaintiff,

- against -

112 JEROME DREYFUSS, LLC,

                Defendant.
-----------------------------------------------------------------------------X

Civil Action No.:
18-CV-08881-LGS

**STIPULATION AND ORDER OF FINAL DISMASSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendant, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party, and that any and all claims of, by or on behalf of the parties to this lawsuit are released, settled and dismissed with prejudice.

Dated: April __29__, 2019
       White Plains, New York

LAW OFFICES OF
MITCHELL I. WEINGARDEN, pllc
Attorneys for Defendant

By:_____
    Mitchell I. Weingarden
81 Main Street, Suite 307
White Plains, NY 10601
(914) 686-4456

COHEN & MIZRAHI LLP
Attorneys for Plaintiff

By:_____
    Joseph H. Mizrahi
300 Cadman Plaza West, 12th Fl.
Brooklyn, NY 11201
(929) 575-4175

April 30, 2019
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE